Eugene B. Elliot, SBN 111475
Michael C. Wenzel, SBN 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990

Attorneys for Defendant
Contra Costa Community College District

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT

E.K. WADE,

    Plaintiff,

vs.

CONTRA COSTA COMMUNITY COLLEGE DISTRICT – DIABLO VALLEY COLLEGE, CHRISTINE GARCIA, STACY SHEARS and DOES 1 through 5,

    Defendant.

Case No.: C09-05959 MEJ

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

**IT IS HEREBY STIPULATED** by and between plaintiff E.K. WADE and defendant CONTRA COSTA COMMUNITY COLLEGE DISTRICT, through its undersigned counsel, that defendant CONTRA COSTA COMMUNITY COLLEGE DISTRICT shall accept service of plaintiff's complaint effective January 8, 2010 and have an extension of time through and including February 22, 2010, within which to file a responsive pleading to Plaintiff's Complaint.

Plaintiff filed this action on December 21, 2009, pro per. On December 21, 2009, plaintiff mailed a copy of the complaint to each defendant. The mailing did not include a Notice of Lawsuit and Request for Waiver of Service of Summons. On December 21, 2009, plaintiff filed three proofs of service indicating personal service had completed as to each defendant on December 21, 2009, despite the fact that service was, in fact, by mail.

The parties have met and conferred regarding service of the complaint and counsel for the DISTRICT has obtained authority to accept service on behalf of the DISTRICT effective January 8,

2010, subject to agreement that the DISTRICT shall have forty-five days (until February 22, 2010) to respond to the complaint from the date service is accepted.

An extension of time until February 22, 2010 for the DISTRICT to file a responsive pleading to plaintiff's complaint will not interfere with any dates contained in this Court's scheduling order issued December 21, 2009, as the Initial Case Management Conference is not scheduled until April 1, 2010.

Dated: January 10, 2010

*E.K. Wade*

By: E.K. WADE
Plaintiff in Pro Per

Dated: January 11, 2010

BERTRAND, FOX & ELLIOT

By: Michael C. Wenzel,
Attorney for Defendant CONTRA
COSTA COMMUNITY COLLEGE
DISTRICT

Defendant shall serve this Order on Plaintiff.
IT IS SO ORDERED:

Dated: January 12, 2010

**ORDER**



Judge Maria-Elena James