Eugene B. Elliot, State Bar No. 111475
Michael C. Wenzel, State Bar No. 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:   (415) 353-0990

Attorneys for Defendant
CONTRA COSTA COMMUNITY COLLEGE DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.K. WADE<br><br>Plaintiff,<br><br>vs.<br><br>CONTRA COSTA COMMUNICTY COLLEGE DISTRICT – DIABLO VALLEY COLLEGE, CHRISTINE GARCIA, In her individual capacity, STACY SHEARS, In her individual capacity, and DOES 1 through 5, In their individual capacities.<br><br>Defendants. | Case No.: 09-05959 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL DISCLOSURES, CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

Plaintiff E.K. WADE, *in propia personia,* and defendant CONTRA COSTA COMMUNITY COLLEGE DISTRICT, acting by and through its legal counsel, hereby stipulate to the following:

1.    To continue the date to Meet and Confer regarding Initial Disclosures and the parties Rule 26 report and to continue the date to meet and confer re ADR process selection and to file ADR Certification from March 11, 2010 to May 6, 2010, or a date thereafter as convenient for the court;

2.    To continue the date to file a Rule 26 report and exchange Initial Disclosures from March 25, 2010 to May 20, 2010, or a date thereafter as convenient for the court;

3.    To continue the date to file Case Management Conference Statements from March 25, 2010 to May 20, 2010, or a date thereafter at the convenience of the court;

4.    To continue the Case Management Conference from April 1, 2010 to May 27, 2010, or

any other date after the hearing on defendant's motion to dismiss, set for April 29, 2010, at the convenience of the court.

Good cause exists for this stipulation in the interests of judicial economy and to conserve the parties' resources because the Rule 26 report and content of the parties' Initial Disclosures will depend upon the pleadings, the scope of which is uncertain until the court rules on defendant's motion to dismiss plaintiff's First Amended Complaint, set for hearing on April 29, 2010.

SO STIPULATED.

Dated: March 11, 2010

BERTRAND, FOX & ELLIOT

By: /s/ Eugene B. Elliot

Eugene B. Elliot
Michael Wenzel
Attorneys for Defendant CONTRA COSTA COMMUNITY COLLEGE DISTRICT

Dated: March 11, 2010

By: /s/ E. K. Wade

E. K. Wade
Plaintiff

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL DISCLOSURES, CASE MANAGEMENT

**ORDER**

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the Meet and Confer deadline regarding the Rule 26 report and Initial Disclosures from March 11, 2010 to May 6, 2010 is GRANTED.

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the deadline to exchange initial disclosures and to file a Rule 26 report from March 25, 2010 to May 20, 2010 is GRANTED.

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the deadline to file a Joint Case Management Statement from March 25, 2010 to May 20, 2010 is GRANTED.

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the Initial Case Management Conference from April 1, 2010 to May 27, 2010 is GRANTED.

Dated: March 12, 2010

_____
The Honorable Maria Elena James