UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

E.K. WADE,

        Plaintiff,

  v.

CONTRA COSTA COUNTY COMMUNITY
COLLEGE DISTRICT et al,

        Defendant.
                                    /

Case Number: CV09-05959 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

E. K. Wade
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597

Dated: March 12, 2010

                                    Richard W. Wieking, Clerk
                                    By: Brenda Tolbert, Deputy Clerk