UNITED STATES DISTRICT COURT

Northern District of California

E.K. WADE,

                Plaintiff(s),              No. C 09-5959 MEJ

  v.

CONTRA COSTA COUNTY COMMUNITY COLLEGE DISTRICT,

                Defendant(s).

                                                  /

**ORDER TO SHOW CAUSE**

On March 5, 2010, Defendant Contra Costa County Community College District filed a Motion to Dismiss, with a noticed hearing date of April 29, 2010. (Dkt. #11.) Pursuant to Civil Local Rule 7, Plaintiff's opposition or statement of non-opposition was due by April 8, 2010. However, Plaintiff failed to file an opposition. Accordingly, the Court hereby VACATES the April 29 hearing and ORDERS Plaintiff E.K. Wade to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Plaintiff shall file a declaration by April 29, 2010, and the Court shall conduct a hearing on May 6, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: April 16, 2010

                                                  _____
                                                  Maria-Elena James
                                                  Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

E.K. WADE,

        Plaintiff,

  v.

CONTRA COSTA COUNTY COMMUNITY COLLEGE DISTRICT et al,

        Defendant.

Case Number: CV09-05959 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 16, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

E. K. Wade
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597

Dated: April 16, 2010

                Richard W. Wieking, Clerk
                By: Brenda Tolbert, Deputy Clerk