Eugene B. Elliot, State Bar No. 111475
Michael C. Wenzel, State Bar No. 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:   (415) 353-0990
Attorneys for Defendant
CONTRA COSTA COMMUNITY COLLEGE DISTRICT
ANTHONY GORDON, JUDY WALTERS and
HELEN BENJAMIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| E.K. WADE | Case No.: 09-05959 MEJ |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING DATES AND ALLOWING PLAINTIFF TO REPLACE ERRONEOUSLY NAMED DEFENDANT** |
| vs. | |
| JUDY WALTERS – President of Diablo Valley College (In both her Official and Individual Capacities); ANTHONY T. GORDON – President of the Governing Board of Diablo Valley College (In both his Official and Individual Capacities); HELEN BENJAMIN – Chancellor for Governing Board of Diablo Valley College (In both her Official and Individual Capacities); STACY SHEARS – Coordinator of Workability III Program; and the GOVERNING BOARD OF DIABLO VALLEY COLLEGE | |
| Defendants. | |

Plaintiff E.K. WADE, *in propia personia,* and defendant CONTRA COSTA COMMUNITY COLLEGE DISTRICT, acting by and through its legal counsel, hereby stipulate to the following:

1.  Defendants CONTRA COSTA COMMUNITY COLLEGE DISTRICT, ANTHONY GORDON, JUDY WALTERS, HELEN BENJAMIN and STACEY SHEARS shall have an extension of time through and including June 1, 2010, within which to file a responsive pleading to

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES AND ALLOW PLAINTIFF TO REPLACE
ERRONEOUSLY NAMED DEFENDANT                                                                                                                                1

Plaintiff's Second Amended Complaint filed on April 20, 2010. This date is after the currently set dates for the exchange of initial disclosures, the initial case management conference, and related dates;

  2. To continue the date to Meet and Confer regarding Initial Disclosures and the parties Rule 26 report and to continue the date to meet and confer re ADR process selection and to file ADR Certification from May 6, 2010 to July 22, 2010, or a date thereafter as convenient for the court;

  3. To continue the date to file a Rule 26 report and exchange Initial Disclosures from May 20, 2010 to August 5, 2010, or a date thereafter as convenient for the court;

  4. To continue the date to file Case Management Conference Statements from May 20, 2010 to August 5, 2010, or a date thereafter at the convenience of the court;

  5. To continue the Case Management Conference from May 27, 2010 to August 12, 2010, or another date thereafter at the convenience of the court; and

  6. To allow plaintiff to replace the erroneously named defendant Governing Board of Diablo Valley College, with Contra Costa Community College District wherever such name appears in the Second Amended Complaint.

Good cause exists for this stipulation because plaintiff filed his 47-page (excluding exhibits) Second Amended Complaint on April 20, 2010, adding entirely new parties and causes of action. Service of certain parties remains at issue, and the parties are meeting and conferring on service issues. Defendants plan to file a motion to dismiss plaintiff's Second Amended Complaint, and counsel for defendants will be out of the office for at least one week in May 2010 for a pre-planned move. Further, good cause exists to continue other scheduled dates as judicial economy will be served and the parties' resources conserved because the Rule 26 report and content of the parties' Initial Disclosures will depend upon the pleadings, the scope of which is uncertain until the court rules on defendants' motion to dismiss plaintiff's Second Amended Complaint.

The parties previously stipulated to a continuance of the initial disclosure, initial case management conference, and all other associated dates on March 11, 2010, since the hearing on defendants' motion to dismiss plaintiff's First Amended Complaint was pending. This Court ordered

1  those dates continued on March 12, 2010. On April 19, 2010, prior to the Court issuing an order on
2  defendants' motion to dismiss the plaintiff's First Amended Complaint, plaintiff requested and
3  defendants stipulated that plaintiff could file a Second Amended Complaint.
4      The proposed modification of scheduled dates would not negatively impact this Court's
5  calendar or the schedule of this case, as the defendants plan to file a motion to dismiss the Second
6  Amended Complaint. Thus, the case would not be ripe to proceed prior to a hearing on that motion to
7  dismiss.
8
9  SO STIPULATED.
10
11 Dated: __4/29__, 2010        BERTRAND, FOX & ELLIOT
12
13                      By:    /s/ Michael C. Wenzel
                               Eugene B. Elliot
14                             Michael Wenzel
                               Attorneys for Defendant CONTRA COSTA
15                             COMMUNITY COLLEGE DISTRICT,
                               ANTHONY GORDON, JUDY WALTERS,
16                             STACEY SHEARS and HELEN
                               BENJAMIN
17
18
19 Dated: __4-28-__, 2010
20
21                      By:    E. K. Wade
                               E. K. Wade
22                             Plaintiff
23
24
25                             **ORDER**
26    GOOD CAUSE APPEARING THEREFORE AND PURSUANT TO STIPULATION, the
27 order to continue the Meet and Confer deadline regarding the Rule 26 report and Initial Disclosures
28 from May 6, 2010 to July 22, 2010 is GRANTED.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES AND ALLOW PLAINTIFF TO REPLACE

1  GOOD CAUSE APPEARING THEREFORE AND PURSUANT TO STIPULATION, the order to continue the deadline to exchange initial disclosures and to file a Rule 26 report from May 20, 2010 to August 5, 2010 is GRANTED.

GOOD CAUSE APPEARING THEREFORE AND PURSUANT TO STIPULATION, the order to continue the deadline to file a Joint Case Management Statement from May 20, 2010 to August 5, 2010 is GRANTED.

GOOD CAUSE APPEARING THEREFORE AND PURSUANT TO STIPULATION, the order to continue the Initial Case Management Conference from May 27, 2010 to August 12, 2010 is GRANTED.

GOOD CAUSE APPEARING THEREFORE AND PURSUANT TO STIPULATION, the order to allow plaintiff to replace defendant Governing Board of Diablo Valley College with Contra Costa Community College District is GRANTED.

Dated: April 30, 2010

_____
The Honorable Maria Elena James