E. K. Wade (Pro Se)
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597
(925) 323-1578
ekpeactime@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E. K. Wade<br><br>          Plaintiff,<br><br>vs.<br><br>Judy Walters – President of Diablo Valley College (In both her Official and Individual capacities); Sheila A. Grilli – President of the Governing Board of Contra Costa Community College District In both her Official and Individual capacities); Helen Benjamin – Chancellor of Contra Costa Community College District (In both her Official and Individual capacities); Stacy Shears – Coordinator of Workability III Program of Diablo Valley College, and the Contra Costa Community College District,<br><br>          Defendants. | Case No. 09-05959 MEJ<br><br><br><br><u>**STIPULATION AND ORDER DISMISSING DEFENDANTS SHEILA A. GRILLI AND ANTHONY GORDON**</u> |

    **IT IS HEREBY STIPULATED** by and between the parties hereto that, defendants SHEILA

A. GRILLI and ANTHONY GORDON (and only defendants SHEILA A. GRILLI and

///

///

E. K. Wade v. Contra Costa Community College District – Diablo Valley College, et al
Stipulation and Order Dismissing Defendants Grilli and Gordon
C 09-05959 MEJ                                                                                        - 1

1 | ANTHONY GORDON) be dismissed from the above-entitled action with prejudice.

Respectfully submitted,

Dated: June 17, 2010

By: E. K. WADE
Plaintiff in Pro per

Dated: June 18, 2010

By: Michael C. Wenzel, Esq.
Attorney for Defendant CONTRA
COSTA COMMUNITY COLLEGE
DISTRICT

### ORDER

GOOD CAUSE APPEARING THEREFORE, the stipulation to dismiss defendants Sheila A. Grilli and Anthony Gordon is GRANTED.

IT IS SO ORDERED:

Dated: June 21, 2010

The Honorable Maria-Elena James

E. K. Wade v. Contra Costa Community College District – Diablo Valley College, et al
Stipulation and Order Dismissing Defendants Grilli and Gordon
C 09-05959 MEJ

- 2