E. K. Wade (Pro Se)
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597
(925) 323-1578
ekpeactime@aol.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| E. K. Wade,<br><br>Plaintiff,<br><br>vs.<br><br>Judy Walters – President of Diablo Valley College (In both her Official and Individual capacities); Helen Benjamin – Chancellor of Contra Costa Community College District (In both her Official and Individual capacities); Stacy Shears – Coordinator of Workability III Program of Diablo Valley College; and the Contra Costa Community College District,<br><br>Defendants. | Case No. 09-05959 MEJ<br><br>**STIPULATION AND ORDER FOR RE-SCHEDULING HEARING DATE** |

**IT IS HEREBY STIPULATED** by and between plaintiff E. K. WADE and defendant CONTRA COSTA COMMUNITY COLLEGE DISTRICT – DIABLO VALLEY COLLEGE, through its undersigned counsel, that the previously scheduled hearing on Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint, dated July 15, 2010, will be re-scheduled for August 5, 2010. The briefing schedule should reflect the new hearing date.

E. K. Wade v. Contra Costa Community College District – Diablo Valley College, et al
Stipulation and Order for Re-scheduling Hearing Date
C 09-05959 MEJ – 1

1  On **June 25, 2010**, Plaintiff called Defendants to request re-scheduling the
2  aforementioned hearing date because Plaintiff has a motion hearing already scheduled
3  for July 15, 2010.
4  On **June 25, 2010**, Defendant confirmed the aforementioned conversation; and,
5  on behalf of the CONTRA COSTA COMMUNITY COLLEGE DISTRICT – DIABLO
6  VALLEY COLLEGE, stipulated to Plaintiff's re-scheduling for August 5, 2010.

Dated:   June 29, 2010                    Dated:   June 29, 2010

_E.K.Wade_                                        /s/
By: E. K. WADE                             By: Michael C. Wenzel, Esq.
Plaintiff in Pro per                       Attorney for Defendant CONTA
                                           COSTA COMMUNITY COLLEGE
                                           DISTRICT

E. K. Wade v. Contra Costa Community College District – Diablo Valley College, et al
Stipulation and Order for Re-scheduling Hearing Date
C 09-05959 MEJ - 2

## ORDER

GOOD CAUSE APPEARING THEREFORE, the stipulation to hear Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint is GRANTED.

The parties shall comply with Civil Local Rule 7 for all briefing deadlines.

IT IS SO ORDERED:

Dated: June 30, 2010

_____
The Honorable Maria-Elena James

E. K. Wade v. Contra Costa Community College District - Diablo Valley College, et al
Stipulation and Order for Re-scheduling Hearing Date
C 09-05959 MEJ - 3